UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Howard Cohan
                      Plaintiff,

v.                                                 Case No.: 1:17−cv−07752
                                                         Honorable Thomas M. Durkin

Sunstone North State Lessee, Inc.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 28, 2017:

      MINUTE entry before the Honorable Thomas M. Durkin:Defendant's agreed motion for extension of time to 12/26/2017 to answer or otherwise plead [7] is granted. The parties are to exchange mandatory initial discovery by 1/25/2018. No appearance is required on 11/29/2017. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.