**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Howard Cohan
                         Plaintiff,

v.                                         Case No.: 1:17−cv−07752
                                                       Honorable Thomas M. Durkin

Sunstone North State Lessee, Inc.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 2, 2018:

       MINUTE entry before the Honorable Thomas M. Durkin:At the request of counsel, the 1/5/2018 status hearing is vacated and reset for 1/22/2018 at 09:00 AM. If a stipulation to dismiss is filed before the next status date, no appearance will be required. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.