UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Howard Cohan

          Plaintiff,

v.                   Case No.: 1:17−cv−07752
                  Honorable Thomas M. Durkin

Sunstone North State Lessee, Inc.

         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 19, 2018:

   MINUTE entry before the Honorable Thomas M. Durkin: On plaintiff's oral motion, this action is hereby dismissed without prejudice with leave to move to reinstate on or before February 20, 2018. Absent a timely filed motion to reinstate or extend the time in which to reinstate, this dismissal will become final with prejudice on February 21, 2018 without further order of the Court. The January 22, 2018 status hearing is vacated. Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.